UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | |
| | ) | Chapter 7 |
| TOP LINE GRANITE DESIGN, INC., | ) | Case No. 22-40216-EDK |
| Debtor | ) | |
| | ) | |
| | ) | |
| STEVEN WEISS, Chapter 7 Trustee, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 24-4004-EDK |
| | ) | |
| MR. ADVANCE, LLC | ) | |
| Defendant | ) | |
| | ) | |

## **JOINT PRETRIAL STATEMENT**

Plaintiff Steven Weiss, Trustee ("Plaintiff") and Mr. Advance, LLC ("Defendant") hereby jointly submit this report pursuant to the Scheduling and Pretrial Order dated July 22, 2024.

a. A Rule 26(f) conference was held on July 31, 2024.

b. Discovery Plan:

1. Plaintiff: The Plaintiff anticipates filing interrogatories and a request for production of documents; after receipt of the responses, the Plaintiff may serve requests for admissions and/or notice one or more depositions. The Plaintiff may also serve subpoenas on third parties.

2. Defendant: The Defendant anticipates filing interrogatories, request for production of documents and request for admissions; the Defendant also expects to serve

notices of depositions, including a 30(b)(6) for the Debtor and its principal. The Defendant may also serve subpoenas on third parties.

3. The parties agree that the discovery deadline set in the pretrial order should be extended to: January 31, 2025.

4. The parties agree that the expert witness disclosures deadline set in the pretrial order should be extended to: January 31, 2025.

5. The parties agree that for expert witnesses the discovery deadline set in the pretrial order should be extended to: March 31, 2025.

6. The parties agree that the deadline for filing dispositive motions should be extended to: April 30, 2025.

c. Automatic Disclosures

1. Plaintiff: Plaintiff will comply with the automatic disclosure provisions of Fed. R. Civ. P. 26(a)(1) and (2).

2. Defendant: Defendant will comply with the automatic disclosure provisions of Fed. R. Civ. P. 26(a)(1) and (2).

d. Electronic Discovery

1. Plaintiff: Plaintiff does not anticipate the disclosure or discovery of electronically stored information. Plaintiff reserves the right to disclose and request electronically stored information.

2. Defendant: The Defendant expects that it will require electronic discovery from the Debtor and will produce its electronically stored information in the context of any request to produce same.

e. Court Authority

1. Plaintiff: Plaintiff acknowledges the Court's authority to enter a final order as to each matter in dispute.

2. Defendant: Defendant does not acknowledge the Court's authority to enter a final order as to each matter in dispute.

f. Consent

1. Plaintiff: Plaintiff consents to the entry of a final order by the Court as to each matter in dispute.

2. Defendant: Defendant does not consent to the entry of a final order by the Court as to each matter in dispute.

g. Estimated Length of Trial

1. Plaintiff: Two to three days.

2. Defendant: Three days.

h. Jury Trial

1. Plaintiff: Plaintiff has not demanded a jury trial.

2. Defendant: Defendant has not demanded a jury trial.

Respectfully submitted,

22\0137\Avoidance Claims\Complaint.Mr Advance\Joint pretrial Mr. Advance

For the Plaintiff,
STEVEN WEISS, TRUSTEE,
By his attorneys,

/s/ Mark J. Esposito
Steven Weiss, BBO # 545619
Mark J. Esposito, BBO # 672638
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
(413) 736-0375 (f)
sweiss@ssfpc.com
mesposito@ssfpc.com

For the Defendant,
Mr. Advance, LLC
By its attorneys,

/s/ Jesse I. Redlener
Jesse I. Redlener, BBO #646851
Lee Harrington, BBO # 643932
Ascendant Law Group LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
(978) 409-2038
jr@ascendantlawgroup.com
lh@ascendantlawgroup.com

and

/s/ Shanna M. Kaminski
Shanna M. Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re )<br>)<br>TOP LINE GRANITE DESIGN, INC., )<br>Debtor )<br>)<br>)<br>STEVEN WEISS, Chapter 7 Trustee, )<br>Plaintiff )<br>)<br>v. )<br>)<br>MR. ADVANCE, LLC )<br>Defendant )<br>) | Chapter 7<br>Case No. 22-40216-EDK<br><br><br><br>Adversary Proceeding No. 24-4004-EDK |

## **CERTIFICATE OF SERVICE**

I, Mark J. Esposito, of Shatz Schwartz and Fentin, P.C., do hereby certify that on August 14, 2024, a copy of the of the foregoing **Joint Pretrial Statement** was mailed via electronic and/or first-class mail, postage pre-paid, to the following:


Jesse I. Redlener
Ascendant Law Group LLC
2 Dundee Park Drive
Suite 102
Andover, MA 01810
jredlener@ascendantlawgroup.com

Shanna M. Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, Michigan 49240

/s/ Mark J. Esposito
Mark J. Esposito, Esquire