UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| TOP LINE GRANITE DESIGN, INC., | ) | Case No. 22-40216-EDK |
| Debtor | ) | |
| | ) | |
| | ) | |
| STEVEN WEISS, Chapter 7 Trustee, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 24-4004-EDK |
| | ) | |
| MR. ADVANCE, LLC | ) | |
| Defendant | ) | |

REQUEST FOR PRE-MOTION DISCOVERY CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b)(3)(B)(v) and the Scheduling and Pretrial Order in this proceeding, Plaintiff Steven Weiss, Chapter 7 Trustee, respectfully requests a pre-motion discovery conference with this Honorable Court. A discovery conference with counsel was held on November 20, 2024 but the parties were unable to resolve their disagreement regarding the appropriate scope of discovery. The Trustee contends that information about the business practices of the Defendant with respect to other merchant cash advance agreements it has entered into with other companies is relevant and discoverable. The Defendant denies that such information is relevant and discoverable.

Respectfully submitted,
For the Plaintiff,
STEVEN WEISS, TRUSTEE,
By his attorneys,


  /s/ Mark J. Esposito
Steven Weiss, BBO # 545619
Mark J. Esposito, BBO # 672638
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
(413) 736-0375 (f)
sweiss@ssfpc.com
mesposito@ssfpc.com

Dated: December 10, 2024

|  |  |
|---|---|
| In re | ) |
|  | ) |
|  | ) Chapter 7 |
| TOP LINE GRANITE DESIGN, INC., | ) Case No. 22-40216-EDK |
| Debtor | ) |
|  | ) |
|  | ) |
| STEVEN WEISS, Chapter 7 Trustee, | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) Adversary Proceeding No. 24-4004-EDK |
|  | ) |
| MR. ADVANCE, LLC | ) |
| Defendant | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served upon:

Jesse I. Redlener, Esq.　　　　　　Shanna M. Kaminski, Esq.
Lee Harrington, Esq.　　　　　　　Kaminski Law, PLLC
Ascendant Law Group LLC　　　　　P.O. Box 247
2 Dundee Park Drive, Suite 102　　　Grass Lake, MI 49240
Andover, MA 01810　　　　　　　　skaminski@kaminskilawpllc.com
jr@ascendantlawgroup.com
lh@ascendantlawgroup.com

via email, this 10th day of December, 2024.

/s/Mark J. Esposito
Mark J. Esposito

22\0137\Avoidance Claims\Complaint.Mr Advance\Request for Pre-Motion Conference Mr. Advance